NUMBERS 13-09-00402-CV

                                                          13-09-00678-CV

                                                          
13-09-00679-CV

                                                          
13-10-00091-CV

                                                          
13-10-00092-CV

 

                                 COURT OF APPEALS

 

                     THIRTEENTH DISTRICT OF TEXAS

 

                         CORPUS CHRISTI - EDINBURG 

____________________________________________________________

 

DEAN CORY ROBLIN,                                                                  Appellant,

 

                                                             v.

 

DEBORAH SUSAN BRIGGS,                                                        Appellee.


____________________________________________________________

 

                    On Appeal from the County Court at Law No. 1 

                                  of Montgomery
County, Texas.

____________________________________________________________

 

                                MEMORANDUM
OPINION

 

     Before
Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion Per Curiam

 

            Appellant, Dean Cory Roblin, in
appellate cause numbers, 13-09-00402-CV, 13-09-00678-CV, 13-09-00679-CV, 13-10-00091-CV,
and 13-10-00092-CV, appealed a judgment entered by the County Court at Law No.
1 of Montgomery, County.  In all five causes, Roblin filed an affidavit of
indigence with this Court.  However, on October 28, 2010, in Roblin v.
Briggs, No. 13-09-00475-CV, 2010 Tex. App. LEXIS 8655, at *12 (Tex.–Corpus
Christi Oct. 28, 2010, no pet.) (mem. op.), this Court concluded that Roblin
had not met his burden of showing that he was indigent; and therefore Roblin
was not entitled to a free record.

            On May 16, 2011, the Clerk of this
Court notified Roblin, in accordance with Texas Rules of Appellate Procedure
42.3(c), that we would dismiss his appeals unless the $175.00 filing fees were
paid.  See Tex. R. App. P.
42.3(c).  Roblin responded to the notice from the Clerk; however, he has not
cured the defect by paying the $175.00 filing fee in each cause.  See id
5, 12.1(b).

            The Court, having considered the
documents on file and Roblin’s failure to pay the filing fee, is of the opinion
that the appeals should be dismissed.  See id. 42.3(b), (c). 
Accordingly, the appeals in cause numbers 13-09-00402-CV, 13-09-00678-CV, 13-09-00679-CV,
13-10-00091-CV, and 13-10-00092-CV are dismissed for want of prosecution.         

                                                                                    PER CURIAM

 

Delivered and filed the

 9th day of June, 2011.